IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT M. BURLESON                                                PLAINTIFF

v.                          Civil No. 06-5147

WASHINGTON COUNTY JAIL;
SHERIFF TIM HELDER; NURSE
RHONDA BRADLEY; NURSE
SHIRLEY MOSS; and DIETICIAN
MARK POWELL                                                       DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before January 2, 2007. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 17th day of November 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE