IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT M. BURLESON                                                                                          PLAINTIFF

v.                                            Civil No. 06-5147

WASHINGTON COUNTY JAIL;
SHERIFF TIM HELDER; NURSE
RHONDA BRADLEY; NURSE
SHIRLEY MOSS; and DIETICIAN
MARK POWELL                                                                                                  DEFENDANTS

## ORDER

On December 8, 2006, defendants filed a motion to compel answers to discovery requests (Doc. 14).  Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on October 2, 2006.  Defendants further contend that additional correspondence regarding plaintiff's past-due discovery responses was sent on November 8, 2006.  However, to date, defendants state they have not received plaintiff's responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b).  Plaintiff did not request an extension of time to respond to the discovery requests.  Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel is granted.  Plaintiff is directed to provide defendants with the required responses to the discovery requests by **5:00 p.m. on December 26, 2006.**

IT IS SO ORDERED this 11th day of December 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE