```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**ROBERT M. BURLESON**                                              **PLAINTIFF**

**v.**                        **Civil No. 06-5147**

**SHERIFF TIM HELDER;**
**NURSE RHONDA BRADLEY;**
**NURSE SHIRLEY MOSS;**
**and DR. HOWARD**                                                  **DEFENDANTS**

### O R D E R

Now on this 7th day of February, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #20, filed January 19, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' motion to dismiss is granted and this case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                            **/s/Jimm Larry Hendren**
                                            **HON. JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**